O'BRIEN *et al.* *vs.* WHITE.

1. There was no abuse of discretion in granting a first new trial in this case.
2. Questions not made and passed upon in the court below will not be decided by this court.

Judgment affirmed.